■ ALLSTATE INSURANCE COMPANY, as Subrogee of MOLLY HAYDEN, Respondent, v KIMBERLE A. WARD et al., Defendants, and TOWN OF ELLICOTTVILLE, Appellant. (Appeal No. 2.) [724 NYS2d 378] —Order unanimously reversed on the law without costs, motion granted and complaint against defendant Town of Ellicottville dismissed. Same Memorandum as in *Hayden v Ward* (— AD2d — [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Summary Judg-

ment.) Present—Pigott, Jr., P. J., Pine, Hayes, Kehoe and Burns, JJ.